UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARRELL HENRY WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:12CV652 JCH |
| ) | |
| RICHARD B. IVES, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

Before the Court is petitioner's motion to alter or amend this dismissal of his application for writ of habeas corpus, in addition to a request for a certificate of appealability. The Court finds no merit in petitioner's arguments that his petition should be considered timely or that he should not be held to the timeliness standards outlined in the statute. See 28 U.S.C. § 2244(d). As such, the Court will deny petitioner's motion to alter or amend the dismissal of his petition for writ of habeas corpus and will refuse to issue a certificate of appealability.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to alter or amend dismissal of his petition for writ of habeas corpus [Doc. #15] is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability. 28 U.S.C. § 2253.

Dated this 6th day of November, 2012.

/s/Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE